**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6898**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

STEVEN SAKASKI ROBINSON, a/k/a Worm,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge. (4:06-cr-01322-TLW-1)

Submitted: November 19, 2020                    Decided: November 24, 2020

Before WILKINSON, KING, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Sakaski Robinson, Appellant Pro Se. Lauren L. Hummel, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Sakaski Robinson appeals the district court's order denying his motion for a reduction of his sentence pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 32 Stat. 5194, 5222. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson*, No. 4:06-cr-01322-TLW-1 (D.S.C. June 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*